```
HELANE L. MORRISON (Cal. Bar No. 127752)
JOHN S. YUN (Cal. Bar No. 112260)
  yunj@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
  leachr@sec.gov
XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
  vasquezc@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, L.P., ALBERT EHEE, ROBERT EHEE, and JENNIFER EHEE,<br><br>Relief Defendants. | Case No. C 06-6966 SI____<br><br>STIPULATION TO CONTINUE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS AND GRANTING OTHER RELIEF (Rule 65 (b).) |

1     WHEREAS, plaintiff Securities and Exchange Commission ("Commission") filed the Complaint in this matter on November 8, 2006 and simultaneously filed an *ex parte* application for a temporary restraining order and preliminary injunction;

4     WHEREAS, the Court issued a Temporary Restraining Order and Order to Show Cause ("TRO") on November 8, 2006;

6     WHEREAS, Section XI of the TRO ordered defendants to file and serve written oppositions by no later than 12:00 p.m. on Monday November 13, 2006;

8     WHEREAS Section XI of the TRO also set a hearing on the requested preliminary injunction on Wednesday November 15, 2006 at 4:00 p.m.;

10     WHEREAS, plaintiff and defendants have met and conferred and believe that the parties may be able to resolve some of the matters to be decided at the preliminary injunction;

12     WHERAS, defendants have requested an extension of time to file and serve their written oppositions to a preliminary injunction; and

14     WHEREAS, the undersigned parties have met and conferred regarding an extension of time for defendants, a revised briefing schedule, and the rescheduling of the hearing on the requested preliminary injunction.

17     NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned parties as follows:

19     1.    Defendants shall file and serve their opposition briefs, if any, pursuant to Section XI of the TRO, no later than 12:00 p.m. on November 22, 2006;

21     2.    Plaintiff shall file reply papers, if any, pursuant to Section XI of the TRO, no later than 9:00 a.m. on November 28, 2006;

23     3.    The hearing on the requested preliminary injunction currently scheduled for November 15, 2006 at 4:00 p.m., shall be rescheduled for December 15, 2006, 2006 at 9:00 a.m./p.m. or on any other date and time as this Court shall order.

26     4.    The TRO, asset freeze, and other provisions in the Order issued on November 8, 2006 shall otherwise remain in full force and effect until further order of the Court.

```
Dated: 11/13/2006                    /s/ Xavier Carlos Vasquez
                                     XAVIER CARLOS VASQUEZ
                                     Attorney for Plaintiff
                                     SECURITIES AND EXCHANGE
                                     COMMISSION

Dated: 11/13/06                      RAMSEY & EHRLICH LLP
                                     A Professional Corporation

                                     By: /s/
                                     ISMAIL RAMSEY
                                     Attorney for Defendants
                                     VIPER CAPITAL MANAGEMENT, LLC,
                                     COMPASS FUND MANAGEMENT, LLC,
                                     and EDWARD SEWON EHEE
                                     and Relief Defendants
                                     COMPASS WEST FUND, LP, VIPER
                                     FOUNDERS FUND, LP

Dated: _____                       _____
                                     ARTHUR GREENSPAN
                                     Attorney for Relief Defendant
                                     ROBERT EHEE.
                                     Relief Defendant

Dated: _____                       _____
                                     ALBERT EHEE.
                                     Relief Defendant
```

IT IS SO ORDERED.

DATED: November ___, 2006

/s/ Susan Illston
United States District Judge

```
 1  Dated:_____
 2
 3                              _____
                                XAVIER CARLOS VASQUEZ
 4                              Attorney for Plaintiff
                                SECURITIES AND EXCHANGE
 5                              COMMISSION
 6
 7  Dated:_____       RAMSEY & EHRLICH
                                A Professional Corporation
 8
 9                              By:_____
                                    ISMAIL RAMSEY
10                                  Attorney for Defendants
                                VIPER CAPITAL MANAGEMENT, LLC,
11                              COMPASS FUND MANAGEMENT, LLC,
                                and EDWARD SEWON EHEE
12                              and Relief Defendants
13                              COMPASS WEST FUND, LP, VIPER
                                FOUNDERS FUND, LP, and JENNIFER
14                              EHEE
15  Dated: November 13, 2006    RICHARDS KIBBE & ORBE LLP
16                              By:_____
                                    ARTHUR GREENSPAN
17                                  Attorney for Relief Defendant
                                    ROBERT EHEE.
18                                  Relief Defendant
19
20  Dated:_____       _____
21
22                              _____
                                ALBERT EHEE.
23                              Relief Defendant
24
25  IT IS SO ORDERED.
26  DATED: November __, 2006
27
28                              _____
                                United States District Judge
```