1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (yunj@sec.gov)
2  ROBERT S. LEACH (leachr@sec.gov)
   XAVIER CARLOS VASQUEZ (vasquezc@sec.gov)
3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 06-6966 SI |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO TRANSFER ASSETS OF RELIEF DEFENDANT ROBERT EHEE |
| VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE, | |
| Defendants, | |
| and | |
| COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, L.P., ALBERT EHEE, ROBERT EHEE, and JENNIFER EHEE, | |
| Relief Defendants. | |

STIP. TO TRANSFER ASSETS

1   WHEREAS, plaintiff Securities and Exchange Commission ("Commission") filed the
2   Complaint in this matter on November 8, 2006 and simultaneously filed an *ex parte*
3   application for a temporary restraining order and preliminary injunction;
4   WHEREAS, the Court issued a Temporary Restraining Order and Order to Show
5   Cause ("TRO") on November 8, 2006;
6   WHEREAS, Section VII of the TRO ordered relief defendant Robert Ehee and his
7   agents to freeze up to $28,500 in an account held in his name at JP Morgan Chase;
8   WHEREAS relief defendant Robert Ehee desires to move the $28,500 subject to the
9   TRO asset freeze to an escrow account until such time as the parties or this Court resolve this
10  matter with respect to those funds;
11  WHEREAS, plaintiff and relief defendant Robert Ehee have met and conferred and
12  determined to allow the transfer of the funds subject to the asset freeze to an attorney escrow
13  account maintained for relief defendant Robert Ehee by his counsel at the law firm of
14  Richards Kibbe & Orbe LLP;
15  NOW THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned
16  parties as follows:
17  1.   Relief defendant Robert Ehee shall request that JP Morgan Chase transfer
18  $28,500 from his personal checking account at JP Morgan Chase to Citibank, NA account
19  number 92505152 in the name of Richards Kibbe & Orbe LLP Attorney Escrow Account for
20  Robert S. Ehee;
21  2.   JP Morgan Chase is authorized to undertake the transfer described in paragraph
22  1 above;
23  3.   At such time that JP Morgan Chase undertakes the transfer described in
24  paragraph 1 above, the asset freeze on the account held at JP Morgan Chase for Robert Ehee
25  shall terminate;
26  4.   At such time as JP Morgan Chase undertakes the transfer described in
27  paragraph 1 above, the asset freeze as to relief defendant Robert Ehee in the TRO and any
28

subsequent preliminary injunction shall apply to Citibank, NA account number 92505152 in the name of Richards Kibbe & Orbe LLP Attorney Escrow Account for Robert S. Ehee.

Dated: 11/21/06

        /s/ Xavier Carlos Vasquez
XAVIER CARLOS VASQUEZ
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: 11/21/06

RICHARDS KIBBE & ORBE LLP

By: /s/ Arthur Greenspan
    ARTHUR GREENSPAN
    Attorney for Relief Defendant
    ROBERT EHEE

IT IS SO ORDERED.

DATED: November __, 2006

_____
UNITED STATES DISTRICT JUDGE