IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE,<br><br>             Plaintiff,<br><br>   v.<br><br>VIPER CAPITAL MANAGEMENT,<br><br>             Defendant.<br>_____ / | No. C 06-06966 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: July 31, 2007 at 3:30 PM.

COURT TRIAL RE: REMEDIES  DATE: August 13, 2007  at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be two days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in May 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/26/07

_____
SUSAN ILLSTON
United States District Judge