UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et al.,<br><br>　　　　Defendant(s). | No. C06-6966 SI (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO:  All defendants and their attorneys of record:

On March 9, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for May 3, 2007.  Your statement was due Tuesday, April 26, 2007.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendants and their attorneys of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: May 2, 2007

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SEC.LATE PAPERS.ORD.wpd

1