**R K & O**  RICHARDS KIBBE & ORBE LLP   ONE WORLD FINANCIAL CENTER   NEW YORK, NEW YORK   10281-1003

May 2, 2007

Arthur S. Greenspan
212 530 1816 DIRECT
917 344 8816 FAX
AGREENSPAN@RKOLLP.COM



BY HAND DELIVERY

Hon. Bernard Zimmerman
United States Magistrate Judge
United States District Court
Northern District of California
Federal Building
450 Golden Gate Avenue
San Francisco, California 94102

Re: SEC v. Viper Capital Management, LLC, et al., No. C06-6966 (SI) (BZ)

Dear Judge Zimmerman:

    We, along with Farella Braun + Martel LLP in San Francisco, represent Relief Defendant Robert Ehee. Enclosed herewith is Robert Ehee's Settlement Conference Statement, with attached exhibits. We apologize to Your Honor for not complying with your March 9, 2007 Order, which required such statement to served on opposing counsel and delivered to your chambers by April 26, 2007.

    Because Relief Defendant Robert Ehee is close to reaching a settlement with the SEC in this matter and we had understood the settlement conference to be focused on the SEC's claims against Defendants Edward Sewon Ehee, Viper Capital Management, LLC and Compass Fund Management, LLC, we neglected to focus on the settlement conference prerequisites set forth in the March 9, 2007 Order. At the case management conference in which the Magistrate Judge settlement conference was requested, the discussion about requesting the conference was only between the SEC and the principal defendants (Edward Ehee, Viper Capital Management and Compass Fund Management); Robert Ehee's counsel did not join in this request, because the talks with the SEC were progressing without difficulty and we did not believe that court involvement was necessary to broker a settlement.

    Nonetheless, we should have complied with Your Honor's March 9, 2007 Order and we apologize again for failing to do so.

    Please note that, at this juncture, we have no information or evaluation that we do not wish to share with opposing counsel.

NEW YORK | 212 530 1800   WASHINGTON | 202 261 2960   LONDON | 44 20 7033 3150

Hon. Bernard Zimmerman
United States Magistrate Judge
May 2, 2007
Page 2

      Finally, we respectfully ask that Your Honor relieve Relief Defendant Robert Ehee and the undersigned from the requirement set forth in the March 9, 2007 Order that we each appear in person at the settlement conference; my co-counsel, Thomas Mayhew of Farella Braun + Martel, who currently has the same settlement authority as I do, will be present in person, and Robert Ehee and I could participate by telephone if Your Honor so wishes. As set forth more fully in our Settlement Conference Statement, the SEC's claim against Relief Defendant Robert Ehee is in the amount of only $28,500 and we believe we are close to reaching a consensual settlement with the SEC. Moreover, as Robert Ehee and I both reside in the metropolitan New York City area, it would be very burdensome and expensive for he and I to fly to San Francisco for such a conference.

      For both of these reasons, we respectfully seek dispensation from Your Honor's March 9, 2007 Order to the extent it requires us to attend the settlement conference in person. I have spoken with John Yun, counsel for the SEC, who has told me he has no objection to this request.

Respectfully,

Arthur S. Greenspan

Enclosures

cc:    John S. Yun, Esq. (Securities and Exchange Commission)

DATED: 5/2/2007

GRANTED
Judge Bernard Zimmerman