IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　v.<br>VIPER CAPITAL MANAGEMENT, LLC, et. al,<br>　　　　Defendants.<br>　and<br>COMPASS WEST FUND, et al.,<br>　　　　Relief Defendants.<br>_____/ | Nos.　C 06-06966 SI; and<br>　　　　C 07-02507 SI; C 07-02508 SI;<br>　　　　C 07-2509 SI<br><br>**ORDER GRANTING SEC'S MOTION TO WITHDRAW BANKRUPTCY REFERENCES** |

On June 22, 2007, the Court heard argument on plaintiff Securities and Exchange Commission's motion to withdraw the bankruptcy references in related cases 07-2507, 07-2508 and 07-2509 (Bankruptcy Case Nos. 07-40126T, 07-40129, 07-40130). Having considered the arguments of the parties and the papers submitted, and for good cause shown, the Court GRANTS the SEC's motion to withdraw the bankruptcy references. This withdrawal is without prejudice to remanding the bankruptcy cases, or portions thereof, to the bankruptcy court at a later date, should it become appropriate. [Docket No. 52 (Case No. 06-6966); Docket No. 1 (Case Nos. 07-2507, 07-2508, 07-2509)]

**IT IS SO ORDERED.**

Dated: June 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28