UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE  )
COMMISSION,              )
                         )    No. C06-6966 SI (BZ)
          Plaintiff(s),  )
                         )
     v.                  )
                         )    **ORDER SCHEDULING FURTHER**
VIPER CAPITAL MGMT., LLC, et) **STATUS CONFERENCE RE**
al.,                     )    **SETTLEMENT NEGOTIATIONS**
                         )
          Defendant(s).  )
                         )

**IT IS ORDERED** that a further conference on the status of the settlement negotiations is scheduled for **Friday**, **July 27, 2007 at 9:00 a.m.** Counsel for the SEC will get all interested parties on the line and contact chambers at **415-522-4093**.

Dated: July 9, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SEC.V.VIPER.STAT.CONF.wpd

1