1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   SECURITIES AND EXCHANGE      )
     COMMISSION,                  )
12                                )      No. C06-6966 SI (BZ)
              Plaintiff(s),       )
13                                )      and related cases:
          v.                      )
14                                )      C06-7270 SI (BZ)
     VIPER CAPITAL MGMT., LLC, et )      C07-2507 SI (BZ)
15   al.,                         )      C07-2508 SI (BZ)
                                  )      C07-2509 SI (BZ)
16            Defendant(s).       )
     _____ )
17   and related cases            )      **ORDER**
                                  )
18   _____ )

19

20        **IT IS ORDERED** that a further telephone conference to

21   discuss the status of a global settlement is scheduled for

22   **September 4, 2007 at 1:30 p.m.**  Mr. Pedone shall get counsel

23   for all interested parties on the line and call the court at

24   **415-522-4093**.

25   Dated: July 27, 2007

26                              _____
                                     Bernard Zimmerman
27                              United States Magistrate Judge

28   G:\BZALL\-REFS\REFS.07\SEC.VIPER\TEL.CONF.REGLOBAL.SETT.wpd

                                      1