1  MARC J. FAGEL
   JOHN S. YUN (yunj@sec.gov)
2  ERIC BROOKS (brookse@sec.gov)

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone: (415) 705-2500

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-06-6966-SI
13 |        Plaintiff,                  | (Related to Case Nos.
   |                                    | C 07-02507 SI
14 |   vs.                              | C-07-02508 SI
   |                                    | C 07-02509 SI)
15 | VIPER CAPITAL MANAGEMENT, LLC,
   | COMPASS CAPITAL MANAGEMENT, LLC, and
16 | EDWARD SEWON EHEE,                  | **PLAINTIFF SECURITIES AND
   |                                     | EXCHANGE COMMISSION'S
17 |        Defendants,                  | AMENDED NOTICE OF VOLUNTARY
   |                                     | DISMISSAL OF RELIEF DEFENDANTS**
18 |   and
   |                                     | Date: Feb. 1, 2008
19 | COMPASS WEST FUND, LP, VIPER FOUNDERS| Time: 2:30 p.m.
   | FUND, LP, VIPER INVESTMENTS, ALBERT | Judge: Susan Illston
20 | EHEE, ROBERT EHEE and JENNIFER EHEE, | Courtroom: 10
21 |        Relief Defendants.

22

23

24

25

26

27

28

Amended Notice of Voluntary Dismissal of Relief Defendants
Case No. C-06-6966-SI

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission voluntarily dismisses this action with prejudice as to relief defendants Compass West Fund, LP, Viper Founders Fund, LP, Viper Investments, Albert Ehee, and Jennifer Ehee only.

DATED: January 28, 2008

*Eric Brooks*

Marc J. Fagel
John S. Yun
Eric Brooks
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION



IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston