Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

Attorneys for PAUL J. MANSDORF,
Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, AND EDWARD SEWON EHEE,<br><br>              Defendants.<br><br>and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE,<br><br>              Relief Defendants. | Case No. c06-6966-SI (DM) (BZ)<br>and Related Cases<br><br>Hon. Susan Illston<br><br>**[PROPOSED]**<br>**ORDER DIRECTING RELEASE OF FUNDS** |

| | |
|---|---|
| AAG ROOSEVELT FUND, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE,<br><br>Defendants. | No. C06-7270-SI  (DM)  (BZ) |

The Court having reviewed the Ex Parte Application for Order Directing Release of Funds; no further notice being necessary under the circumstances and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Clerk of the Court shall promptly deposit, transfer and/or distribute to Paul Mansdorf, Chapter 7 Trustee of the Estate of Compass Fund Management, LLC, the $30,496.00 previously tendered to the Clerk of Court in connection with these cases, less any costs chargeable by the Clerk of the Court against those funds.

2. The Clerk of the Court is authorized to take any and all actions and execute any and all documents necessary or appropriate to carry out the intents and purposes of this Order.

DATED: _____                    _____
                                     UNITED STATES DISTRICT JUDGE

301029310.1